MCKOOL SMITH P.C.
Laura Handley [SBN 171478]
lhandley@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8748
Facsimile: (512) 692-8744

Attorneys for specially appearing
Defendant Wi-LAN Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>WI-LAN INC., a Canadian corporation<br><br>   Defendant. | Case No. CV-10-02337 SI<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Amended Complaint Filed:   July 1, 2010 |

Pursuant to Civil Local Rule 6-1(a), Defendant Wi-LAN Inc. ("Wi-LAN") hereby submits the following stipulation between the parties in this action extending the time for its response to Plaintiff Aliphcom's ("Aliph's") Amended Complaint for Declaratory Judgment of Patent Invalidity, Noninfringement and Unenforceability ("Complaint"):

WHEREAS, Plaintiff Aliph and Defendant Wi-LAN have met and conferred concerning extending the time within which Wi-LAN may respond to Aliph's Complaint, and

WHEREAS, Aliph and Wi-LAN have mutually agreed to a two (2) day extension of time for Wi-LAN to file a response to the Complaint,

THEREFORE, it is hereby stipulated and agreed that the time in which Wi-LAN may respond to the Complaint is extended for two (2) days. Wi-LAN will file its response to the Complaint on or before **July 28, 2010**.

So stipulated,

DATED: July 26, 2010          McKool Smith, P.C.

                              By: /s/ Laura Handley_____
                                  Laura Handley
                                  Attorney for specially appearing
                                  Defendant Wi-LAN Inc.

DATED: July 26, 2010          Morrison & Foerster LLP

                              By: /s/ Eric S. Walters_____
                                  Eric S. Walters
                                  Attorney for plaintiff
                                  Aliphcom

Upon the parties' stipulation, and good cause appearing therefor, it is

**SO ORDERED.**

Dated: _____, 2010       By: _____
                                      United States District Court Judge