1  ERIC S. WALTERS (CA SBN 151933)
   EWalters@mofo.com
2  ERIKA L. YAWGER (CA SBN 234919)
   EYawger@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650-494-0792

6  Attorneys for Plaintiff
   ALIPHCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIPHCOM, a California corporation, | Case No.   3:10-cv-02337-LHK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR HEARING AND CASE MANAGEMENT CONFERENCE |
| v. | |
| WI-LAN, INC., a Canadian corporation, | |
| Defendant. | **[Civil L.R. 7-12]** |

Pursuant to Civil Local Rule 7-12, Plaintiff Aliphcom ("Aliph") and Defendant Wi-LAN, Inc. ("Wi-LAN"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court continue the September 7, 2010 Initial Case Management Conference and hearing on Wi-LAN's Motion to Dismiss for Lack of Personal Jurisdiction and/or Motion to Transfer ("Motion to Dismiss and/or Transfer") as follows:

WHEREAS, on July 28, 2010, Defendant Wi-LAN filed its Motion to Dismiss and/or Transfer; and,

WHEREAS, on August 2, 2010, this case was reassigned from Hon. Judge Susan Illston to Hon. Judge Lucy H. Koh, and all pending motion dates and hearings were taken off-calendar; and,

1  WHEREAS, on August 9, 2010, the Parties received the Clerk's Notice Directing Counsel
2  to Re-Notice Motions, which set the Initial Case Management Conference for September 7, 2010
3  and directed counsel to re-notice the Motion to Dismiss and/or Transfer for September 7, 2010;
4  and,

5  WHEREAS, Aliph and Wi-LAN are in the process of meeting and conferring regarding
6  the timing and scope of any discovery that Aliph intends to pursue concerning the jurisdiction and
7  venue issues raised in Wi-LAN's Motion to Dismiss and/or Transfer prior to filing its Opposition
8  thereto; and,

9  WHEREAS, as a matter of judicial economy, the Parties agree that the date for the Initial
10 Case Management Conference should be continued to coincide with the Parties' new requested
11 date for the hearing on the Motion to Dismiss and/or Transfer;

12 THEREFORE, the Parties hereby stipulate and agree and request that the Court continue
13 the date for the hearing on Wi-LAN's Motion to Dismiss and/or Transfer and the Initial Case
14 Management Conference to **November 4, 2010**. The Parties further stipulate and agree that last
15 day for Aliph to file its Opposition to the Motion to Dismiss and/or Transfer will be **October 11,**
16 **2010**, and the last day for Wi-LAN to file its Reply in support of its Motion to Dismiss and/or
17 Transfer will be **October 18, 2010**.

18 Furthermore, pursuant to Fed. R. Civ. P. 26(f)(2) and Civil Local Rule 16, the Parties
19 hereby stipulate and agree and request that the last day for the parties to file Joint Case
20 Management Conference Statements pursuant to paragraphs 10 and 11 of Judge Koh's
21 Reassignment Order shall be continued to **October 21, 2010**.

| | | |
|---|---|---|
| Dated: August 12, 2010 | | ERIC S. WALTERS<br>ERIKA L. YAWGER<br>MORRISON & FOERSTER LLP |
| | By: | /s/ Eric S. Walters<br>ERIC S. WALTERS<br>Attorneys for Plaintiff<br>ALIPHCOM |
| Dated: August 12, 2010 | | LAURA A. HANDLEY<br>MCKOOL SMITH, P.C. |
| | By: | /s/ Laura A. Handley<br>LAURA A. HANDLEY<br>Attorneys for Defendant<br>WI-LAN INC. |

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence in the filing of this document by the signatories indicated by a conformed "s/" signature. I will maintain records that support this concurrence that can be made available for inspection upon request.

| | | |
|---|---|---|
| Dated: August 12, 2010 | | MORRISON & FOERSTER LLP |
| | By: | s/Eric S. Walters<br>ERIC S. WALTERS<br>Attorneys for Plaintiff<br>ALIPHCOM |

IT IS SO ORDERED.

Dated: August 13, 2010

The Honorable Lucy H. Koh
United States District Judge