DAVID A. JAKOPIN (SBN 209950)
david.jakopin@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
dianne.sweeney@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA 94304
Phone: (650) 233-4500
Fax: (650) 233-4545

CLAUDIA WILSON FROST (*pro hac vice* application submitted herewith)
claudia.frost@pillsburylaw.com
JEFFREY L. JOHNSON (*pro hac vice* application submitted herewith)
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin Street, Suite 2000
Houston, TX 77010
Phone: (713) 276-7600
Fax: (713) 276-7373

Attorneys for Plaintiff
ALIPHCOM

**RECEIVED**

OCT 1 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIPHCOM, a California corporation, § § § Plaintiff, § § v. § § WI-LAN, INC., a Canadian corporation, § § Defendant. § § | Case No. 5:10-cv-02337-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF JEFFREY L. JOHNSON AS COUNSEL *PRO HAC VICE* |

Jeffrey L. Johnson, whose business address and telephone number is PILLSBURY WINTHROP SHAW PITTMAN LLP, 909 Fannin Street, Suite 2000, Houston, Texas 77010, Telephone (713) 276-7600, and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Aliphcom,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 18, 2010

_____
The Honorable Lucy H. Koh