1  DAVID A. JAKOPIN (SBN 209950)
     david.jakopin@pillsburylaw.com
2  DIANNE L. SWEENEY (SBN 187198)
     dianne.sweeney@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   2475 Hanover Street
4  Palo Alto, CA 94304
   Phone: (650) 233-4500
5  Fax: (650) 233-4545

6  CLAUDIA WILSON FROST (*pro hac vice* application submitted herewith)
     claudia.frost@pillsburylaw.com
7  JEFFREY L. JOHNSON (*pro hac vice* application submitted herewith)
     jeffrey.johnson@pillsburylaw.com
8  PILLSBURY WINTHROP SHAW PITTMAN LLP
   909 Fannin Street, Suite 2000
9  Houston, TX 77010
   Phone: (713) 276-7600
10 Fax: (713) 276-7373

11 Attorneys for Plaintiff
   ALIPHCOM

RECEIVED

OCT 1 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN, INC., a Canadian corporation,<br><br>Defendant. | Case No. 5:10-cv-02337-LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CLAUDIA WILSON FROST AS COUNSEL *PRO HAC VICE* |

1   Claudia Wilson Frost, whose business address and telephone number is
2   PILLSBURY WINTHROP SHAW PITTMAN LLP, 909 Fannin Street, Suite 2000,
3   Houston, Texas 77010, Telephone (713) 276-7600, and who is an active member in good
4   standing of the bar of Texas having applied in the above-entitled action for admission to
5   practice in the Northern District of Califonria on a *pro hac vice* basis, representing Plaintiff
6   Aliphcom,

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
9   *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party. All future filings in this action are subject to
11  the requirements contained in General Order No. 45, *Electronic Case Filing*.

13  Dated: October 18, 2010                     _____
                                                The Honorable Lucy H. Koh